

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-19-00715-CV

**THE STATE OF TEXAS,** ex. rel. Todd A. Durden, In his Official Capacity as County Attorney of Kinney County, Texas, Relator,
Appellant

v.

Rick **ALVARADO,** In his Official Capacity as District and County Clerk of Kinney County, Texas, Respondent; and Kinney County, Texas, By and Through Its Governing Body the Kinney County Commissioners Court, Being James T. 'Tully' Shahan, In his Official Capacity as County Judge; Mark Frerich, In his Official Capacity as County Commissioner; Joe Montalvo, In his Official Capacity as County Commissioner; Dennis Dodson, In his Official Capacity as County Commissioner,,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4863
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant has filed motions for extension of time in which to file appellant's briefs. Appellant's motions are GRANTED. Appellant's briefs are due on or before August 7, 2020.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court